FILED

October 17, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )       Case No.  2:06-mj-275 KJM
            Plaintiff,           )
                                )       ORDER FOR RELEASE
v.                               )       OF PERSON IN CUSTODY
                                )
Sue Her,                         )
                                )
_____ )
            Defendant.

TO:     UNITED STATES MARSHAL:

    This is to authorize and direct you to release Sue Her  Case 2:06-mj-275 KJM  from custody

subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the

following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    X     $50,000 Unsecured bond co-signed by brother to be replaced by

          secured bond secured by equity in property within 1 week

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    X     (Other)  PTS conditions/supervision

Issued at  Sacramento, CA  on 10/17/06      at  3:57 p.m.

                    By  _____

                        Kimberly J. Mueller,
                        United States Magistrate Judge